

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00163-CV

**AAA FREE MOVE MINISTORAGE L.L.C.,**
Appellant

v.

**BRIGHAM LIVING TRUST**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-01363
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's Order Granting Defendant's Traditional and No Evidence Motion for Summary Judgment is AFFIRMED.

It is ORDERED that appellee recover costs of appeal from appellant.

SIGNED March 11, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice